■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE SUMLER, Appellant, against LEE B. MAILLER, as Chairman of State Parole Board, et al., Respondents.— Motion to appeal on typewritten records and briefs denied. Memorandum: The order appealed from does not appear to be an appealable order and it does not appear that a notice of appeal was filed, but, in any event, we find no merit in the point sought to be raised.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL WILLIAMS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZABRZENSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. —Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LIGHTNER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH SCHOENBERGER and ALBERT E. SANDROW, Defendants.— Motion for a stay denied.